IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROLAND ADAMS,

    Defendant.
_____/

CIV. NO. S-NO-0841 EJG
CR. NO. S-02-257 EJG

ORDER DENYING REQUEST FOR
CERTIFICATE OF APPEALABILITY

Defendant, a federal prisoner proceeding pro se, has filed a Notice of Appeal from this court's April 11, 2011 order denying his § 2255 motion to vacate, set aside or correct his sentence. Embodied within that document is a "request for a certificate of appealability on all issues." Through administrative oversight, defendant's appeal has not been processed, nor his request for a certificate acted upon even though the appeal was timely filed on April 20, 2011.

A certificate of appealability must be issued before defendant can appeal the decision. See Fed. R. App. P. 22(b). Such certification may issue "only if [defendant] has made a

1

| | |
|---|---|
| 1 | substantial showing of the denial of a constitutional right." 28 |
| 2 | U.S.C. § 2253(c)(2).  The court must either issue a certificate |
| 3 | of appealability indicating which issues satisfy the required |
| 4 | showing or must state the reasons why such a certificate should |
| 5 | not issue.  Fed. R. App. P. 22(b)(1). |
| 6 |     For all of the reasons stated in the court's April 11, 2011 |
| 7 | order, defendant has waived his rights to collaterally attack his |
| 8 | conviction and sentence and, alternatively, has not made a |
| 9 | substantial showing of the denial of a constitutional right. |
| 10 | Accordingly, the motion for a certificate of appealability is |
| 11 | DENIED. |
| 12 |     IT IS SO ORDERED. |
| 13 | Dated: October 12, 2011 |

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT