UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ROLAND ADAMS,

       Defendant.
_____/

CR. NO. S-02-257 WBS

ORDER

----oo0oo----

Defendant has filed a "Request for Ruling on Defendant's Petition to Vacate Restitution and Forfeiture Orders Pursuant to All Writ Act, 28 U.S.C. 16(a) or FRCP 60(b)." (Docket No. 366.)

In response to defendant's previous appeal from Judge Garcia's Order ruling that $199,670.15 was subject to forfeiture, the Court of Appeals held in a Memorandum Decision, filed September 30, 2009, that

> Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal related to the forfeiture.

(Docket No 326.) Defendant's Petition for Stay of Forfeiture Order

1

(Docket No. 330), as well as his Petition to Vacate Restitution and Forfeiture Orders, (Docket 330-1) are therefore DENIED for the reason that the issues sought to be raised therein have been adjudicated adversely to defendant by the Court of Appeals.

DATED: May 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE